

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00516-CV

**IN RE** Robert B. **CAIRNS**

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

       The Court has considered the relator's Motion for Reconsideration En Banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-11471, styled *In the Interest of A.N.C. and H.C.C.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.